In re Jiles, Andrew; — Plaintiffs); applying for supervisory and/or remedial writ; Parish of Orleans, Criminal District Court, Div. “E”, Nos. 323-1043, 320-408, 324-148, 320-428, 323-228; to the Court of Appeal, Fourth Circuit, No. 94KW-2442.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La. 9/5/95), 660 So.2d 1189; State ex rel. Stepter v. Whitley, 93-2346 (La. 10/13/95), 661 So.2d 480; State ex rel. Melinie v. State, 93-1380 (La. 1/12/96), 665 So.2d 1172.
CALOGERO, C. J., not on panel.